**MAYALL HURLEY P.C.**
**ROBERT J. WASSERMAN (SBN: 258538)**
**rwasserman@mayallaw.com**
**WILLIAM J. GORHAM (SBN: 151773)**
**wgorham@mayallaw.com**
**NICHOLAS J. SCARDIGLI (SBN: 249947)**
**nscardigli@mayallaw.com**
**JOHN P. BRISCOE (SBN: 273690)**
**jbriscoe@mayallaw.com**
**2453 Grand Canal Boulevard**
**Stockton, California 95207-8253**
**Telephone: (209) 477-3833**
**Facsimile: (209) 473-4818**

**Attorneys for Plaintiff Desiree Duran and the Putative Class**

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DESIREE DURAN, an individual,** | **Case No.: 2:17-cv-02546-JAM-EFB** |
| Plaintiff, | **STIPULATION AND ORDER RE FILING OF FIRST AMENDED COMPLAINT** |
| vs. | |
| **PEOPLE 2.0 NORTH AMERICA LLC; and DOES 1-100, inclusive,** | |
| Defendants. | |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto as follows:

1. On November 14, 2017, Plaintiff submitted a letter to the California Labor and Workforce Development Agency ("LWDA"), pursuant to the California Private Attorneys General Act of 2004 ("PAGA", Cal. Lab. Code, § 2698, *et seq.*).

2. Pursuant to California Labor Code section 2699.3, subdivision (a)(2)(A), if the LWDA does not provide notice within 65 days (no later than January 18, 2018) that it intends to

investigate the alleged Labor Code violations, Plaintiff may commence a civil action to seek civil penalties on her behalf and behalf of other aggrieved employees, current and former, pursuant to the PAGA. Cal. Lab. Code, § 2699.3, subd. (a)(2)(A).

3. To date, the LWDA has not provided notice that it intends to investigate the violations alleged by Plaintiff.

4. The parties hereby stipulate that Plaintiff may file a First Amended Complaint, adding a Third Cause of Action pursuant to the PAGA.

5. The parties further stipulate that Defendant shall have 30 days from service of the First Amended Complaint to file a responsive pleading thereto.

6. This stipulation is entered into in furtherance of judicial economy, and is not for the purpose of delay.

///

**DATED:** February 5, 2018    **MAYALL HURLEY P.C.**

By _____*/s/ John P. Briscoe*_____
ROBERT J. WASSERMAN
WILLIAM J. GORHAM, III
NICHOLAS J. SCARDIGLI
JOHN P. BRISCOE
Attorneys for Plaintiff and the Putative Class

**DATED:** February 5, 2018    **LITTLER MENDELSON, P.C.**

By _____*/s/ Laura E. Hayward*_____
R. BRIAN DIXON
LAURA E. HAYWARD
Attorneys for Defendant

## **ORDER**

Having reviewed the terms of the parties' above stipulation, and for good cause showing, IT IS HEREBY ORDERED that Plaintiff may file a First Amended Complaint to add a Third Cause of Action under the Private Attorneys General Act of 2004 ("PAGA"), and that Defendant shall file a responsive pleading within 30 days from service of that First Amended Complaint.

IT IS SO ORDERED.

**DATED:** 2/5/2018  /s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE