# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DESIREE DURAN, an individual,** | **Case No.: 2:17-cv-02546-JAM-EFB** |
| **Plaintiff,** | **ORDER STAYING LITIGATION** |
| vs. | |
| **PEOPLE 2.0 NORTH AMERICA LLC; and DOES 1-100, inclusive,** | |
| **Defendants.** | |

Having reviewed the terms of the Parties' stipulation, and for good cause showing, IT IS HEREBY ORDERED THAT:

1. The litigation is stayed pending completion of settlement negotiations and the Court's final approval of a class action settlement agreement in the case of *Jesse Grady, et al. v. People 2.0 dba The Hire Source, et al.,* San Joaquin Superior Court Case No. STK-CV-2017-13867 (the "Grady Action");
2. The Parties shall file an updated joint status report with the Court by April 26, 2019, regarding the status of litigation in the Grady Action.

IT IS SO ORDERED.

Dated: 11/27/2018

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge

Order Staying Litigation
Page 1 of 1